```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15025
    JAMES L SHANNON
    MARY E SHANNON                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK
           Debtor
    SSN XXX-XX-5384      SSN XXX-XX-2150


-----------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/20/07 and confirmed on 10/24/07.

    2.  The case was converted to Chapter 7 after confirmation, 07/16/2008.

    3.  The Debtor paid a total of $   2800.00 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME               CLASS             CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                              PAID         PAID
-----------------------------------------------------------------------------
BANK OF NEW YORK            CURRENT MORTG           .00        .00         .00
BANK OF NEW YORK            MORTGAGE ARRE      25632.08        .00         .00
AURORA EARTHMOVER CU        SECURED                 .00        .00         .00
AURORA EARTHMOVER CU        SECURED VEHIC           .00        .00         .00
MICHELLE HARTMAN            CHILD SUPPORT           .00        .00         .00
AMERICAN CREDIT EDUCATOR    UNSECURED         NOT FILED        .00         .00
ARTURO TOMAS MD             UNSECURED         NOT FILED        .00         .00
AT&T                        UNSECURED         NOT FILED        .00         .00
BHURJI SINGH MD             UNSECURED         NOT FILED        .00         .00
COMMUNITY HOSPITAL OTTAW    UNSECURED         NOT FILED        .00         .00
ROUNDUP FUNDING LLC         UNSECURED            674.28        .00         .00
G C SERVICES                UNSECURED         NOT FILED        .00         .00
FARMERS INSURANCE           UNSECURED         NOT FILED        .00         .00
CAPITAL ONE AUTO FINANCE    UNSECURED         NOT FILED        .00         .00
HOMEWOOD DISPOSAL SERVIC    UNSECURED         NOT FILED        .00         .00
KENNETH R MCEVOY            UNSECURED         NOT FILED        .00         .00
JOE HATZER & SONS           UNSECURED            333.22        .00         .00
JOHN BUNTROCK               UNSECURED         NOT FILED        .00         .00
KATHYS DAY CARE             UNSECURED         NOT FILED        .00         .00
LAMPHERES FURNITURE         UNSECURED           2060.99        .00         .00
-----------------------------------------------------------------------------
CREDITOR NAME               CLASS             CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                              PAID         PAID
-----------------------------------------------------------------------------
BOYAJIAN LAW OFFICE         UNSECURED         NOT FILED        .00         .00
MERCHANTS CREDIT GUIDE      UNSECURED         NOT FILED        .00         .00
CCB CREDIT SERVICES INC     UNSECURED         NOT FILED        .00         .00
CB ACCOUNTS INC             UNSECURED            562.80        .00         .00
OTTAWA VETERINARY HOSPIT    UNSECURED         NOT FILED        .00         .00
MERCHANTS CREDIT GUIDE      UNSECURED         NOT FILED        .00         .00
PEDIATRICS CENTER           UNSECURED         NOT FILED        .00         .00
```

```
MRSI                         UNSECURED    NOT FILED          .00          .00
PROVENA MERCY CENTER         UNSECURED    NOT FILED          .00          .00
RIDGE AMBULANCE SERVICE      UNSECURED    NOT FILED          .00          .00
RRCA ACCOUNTS MANAGEMENT     UNSECURED       807.39          .00          .00
RUSH COPLEY MEDICAL CENT     UNSECURED    NOT FILED          .00          .00
SBC AMERITECH                UNSECURED    NOT FILED          .00          .00
STATE FARM INSURANCE         UNSECURED    NOT FILED          .00          .00
NATIONAL BANK & TRUST SY     UNSECURED    NOT FILED          .00          .00
TOTAL GYM LTD                UNSECURED    NOT FILED          .00          .00
VALLEY WEST HOSPITAL         UNSECURED    NOT FILED          .00          .00
VYAS HARSHAVADAN             UNSECURED    NOT FILED          .00          .00
RECEIVABLE MANAGEMENT SE     UNSECURED    NOT FILED          .00          .00
WORLDCOM WIRELESS            UNSECURED    NOT FILED          .00          .00
INTERNAL REVENUE SERVICE     PRIORITY        614.52          .00          .00
COLLECTION PROFESSIONALS     UNSECURED       282.22          .00          .00
RJM ACQUISITIONS LLC         UNSECURED       147.04          .00          .00
JAMES M ODEA                 UNSECURED      3048.61          .00          .00
CREDITORS DISCOUNT & AUD     UNSECURED      2067.04          .00          .00
```

Summary of disbursements:

```
                     SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
TOTAL CLMS ALLOWED  25632.08        614.52      9983.59         .00     36230.19
PRINCIPAL PAID           .00           .00          .00         .00          .00
INTEREST PAID            .00           .00          .00         .00          .00
TOTAL PAID               .00           .00          .00         .00          .00
```

The Debtor's attorney, JOHN A REED                  , was allowed $   3500.00
and was paid $    626.00   direct and $    2658.40   through the plan.

The Trustee received $     141.60 .

Refunds to the Debtor totaled $        .00 .




    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 10/09/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE

```
                              PAGE   3
   CASE NO. 07 B 15025 JAMES L SHANNON & MARY E SHANNON
```